1
**SPINELLI, DONALD & NOTT**
A Professional Corporation
2
ROSS R. NOTT, (State Bar No. 172235)
300 University Avenue, Suite 100
3
Sacramento, CA 95825
Telephone:  (916) 448-7888
4
Facsimile:   (916) 448-6888

5
Attorneys for Defendant and Cross-Defendant
WOODSTREAM CORPORATION
6

7

8
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
9

10

| | |
|---|---|
| CSAA INSURANCE EXCHANGE,<br><br>                   Plaintiffs,<br>       vs.<br><br>DYNAMIC SOLUTIONS WORLDWIDE, LLC, WOODSTREAM CORPORATION, COSTCO WHOLESALE CORPORATON and DOES 1 to 20,<br><br>                   Defendants. | Case No.:  2:23-cv-01156-DJC-DMC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Complaint Filed Butte County Superior Court: May 15, 2023 |
| COSTCO WHOLESALE CORPORATION,<br><br>                   Cross-Claimant,<br>       vs.<br><br>DYNAMIC SOLUTIONS WORLDWIDE, LLC, WOODSTREAM CORPORATION, and ROES 1-23, inclusive,<br><br>                   Cross-Defendants. | |

23          Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and for good

24   cause stated herein, the parties stipulate that the Cross-Claim of Costco Wholesale Corporation

25   against Dynamic Solutions, Worldwide, LLC, and Woodstream Corporation shall be dismissed by

26   the Court, with prejudice.  As the Cross-Claim of Costco Wholesale Corporation is the last pleading

27   in the case, the entire action has now been concluded and can be closed by the Court.

28   ///

SPINELLI, DONALD &
NOTT

1    Cross-Defendants shall bear their own costs and fees including attorney fees with this

2  matter.

3  **IT IS SO STIPULATED.**

4
   DATED: __12 · 23 · 24__                    **MAIRE & DEEDON**

5

6  _____
   Patrick L. Deedon
7  John R. Powell
   Attorneys for Defendant/Cross-Claimant,
8  COSTCO WHOLESALE CORPORATION

9  DATED: __12/2/24_____              **SPINELLI, DONALD & NOTT**

10

11 _____
   Ross R. Nott
12
   Attorneys for Defendant,
13 WOODSTREAM CORPORATION

14

15

16

17                              **ORDER**

18    It is hereby ordered that Cross-Claimant Costco Wholesale Corporation claims against

19 Dynamic Solutions, Worldwide, LLC, and Woodstream Corporation as well as all Roes identified

20 therein shall be and are dismissed with prejudice pursuant to the terms set forth herein.

21    **IT IS SO ORDERED.**

22

23 Dated:  December 26, 2024              /s/ Daniel J. Calabretta
                                         _____
24                                       THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE
25

26

27

28

SPINELLI, DONALD &
NOTT
                        Stipulation of Dismissal with Prejudice and Order
                                           2